

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00693-CV

Steve W. Park, Agent for Texas DRP LLC, d/b/a A-Action Bail Bonds
v.
The State of Texas

On appeal from the
County Court at Law of Aransas County, Texas
Trial Cause No. CV-3862C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of prosecution. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion.

We further order this decision certified below for observance.

November 20, 2018